UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MORGAN RYDER,                                        Case No.: 0:24-cv-60399-WPD

    Plaintiff,

v.

TRUEACCORD CORP.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*. This Court's March 15, 2024 Order directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. *See* [DE 4]. Defendant filed its answer on April 8, 2024. *See* [DE 5]. Thus, a Joint Scheduling Report should have already been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **May 21, 2024**, Plaintiff shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a Joint Scheduling Report. Failure to timely respond will result in dismissal of the case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of May, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record