UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60399-WPD

**MORGAN RYDER,**

    **Plaintiff,**

v.

**TRUEACCORD CORP.,**

    **Defendant.**

_____/

**SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial the week of August 25, 2025. The Parties propose to adhere to the following schedule:

| | |
|---|---|
| June 26, 2024 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| October 2, 2024 | The Parties shall file motions to amend pleadings or join Parties. |
| September 18, 2024 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| October 16, 2024 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| November 13, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| January 8, 2025 | The Parties shall complete all discovery, including expert discovery. |
| January 15, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |
| February 5, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| February 5, 2025 | The Parties shall file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579* (1993), or for any other reason. If a favorable ruling on the motion(s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline. |

| | |
|---|---|
| May 21, 2025 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| June 18, 2025 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| May 28, 2025 | The Parties shall submit their deposition designations. |
| August 26, 2025 | Final pretrial conference. |
| September 1, 2025 | Commencement of two-week trial period. |

DONE AND ORDERED on _____, 2024.


_____
UNITED STATES DISTRICT JUDGE


Copies provided to:

All Counsel of Record