UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60399-CIV-DIMITROULEAS

MORGAN RYDER,

    Plaintiff,

v.

TRUEACCORD CORP.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On May 21, 2024, the Court issued an Order [DE 8] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **June 13, 2024**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of June 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record