## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:24-cv-60399-WPD

**MORGAN RYDER,**

     **Plaintiff,**

**v.**

**TRUEACCORD CORP.,**

     **Defendant.**

_____/

### NOTICE OF SELECTION OF MEDIATOR

     Plaintiff Morgan Ryder ("Plaintiff") and Defendant TrueAccord Corp. (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of Gregory P. Holder to mediate this matter. The Parties are still in the process of scheduling the location, date, and time of the mediation.

                                    Respectfully Submitted,

                                    /s/ Gerald D. Lane Jr.
                                    **JIBRAEL S. HINDI, ESQ.**
                                    Florida Bar No.: 118259
                                    E-mail: jibrael@jibraellaw.com
                                    **GERALD D. LANE, JR., ESQ.**
                                    Florida Bar No: 1044677
                                    E-mail: gerald@jibraellaw.com
                                    The Law Offices of Jibrael S. Hindi
                                    110 SE 6th Street, Suite 1744
                                    Fort Lauderdale, Florida 33301
                                    Phone: 954-907-1136
                                    *Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on June 6, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677