**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MORGAN RYDER,
*individually and on behalf of*
*all those similarly situated,*

      Plaintiff,

      v.                                    Case No.: 0:24-cv-60399-WPD

TRUEACCORD CORP.,

      Defendant.
_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE [D.E. 11]**

      Plaintiff Morgan Ryder ("Plaintiff") and Defendant TrueAccord Corp. (collectively, the "Parties") submit this Response to the Order to Show Cause [D.E. 11] (the "Show Cause Order") issued by this Court on June 6, 2024.

      1.      On March 13, 2024, Plaintiff filed her Complaint in this action.

      2.      On May 14, 2024, this Court issued an Order Referring Case to Mediation [DE 8], wherein this Court directed the Parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice.

      3.      On June 6, 2024, this Court issued the Show Cause Order the subject of this Response, wherein this Court directed the Parties to show cause as to why the Clerk should not be directed to randomly select a mediator from the list of certified mediators.

      4.      The Parties respectfully ask that this Court excuse the failure to comply with the Order Referring Case to Mediation as the Parties were in the process of selecting a mediator when the Show Cause Order was issued.

5. On the same day, June 6, 2024, the Parties selected Gregory P. Holder as the mediator in this case. *See* [DE 12].

6. WHEREFORE, Plaintiff respectfully asks that this Court excuse Plaintiff's failure to comply with the Order Referring Case to Mediation so that the prosecution of Plaintiff's case may continue without delay.

Dated: Thursday, June 13, 2024

    Respectfully submitted,

    */s/ Gerald D. Lane, Jr.*
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail: jibrael@jibraellaw.com
    **GERALD D. LANE, JR., ESQ.**
    Florida Bar No.: 1044677
    E-mail: gerald@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone: 954-907-1136

    *COUNSEL FOR PLAINTIFF*

    */s/ John Michael Marees, II*
    John Michael Marees, II
    Florida Bar No.: 69879
    Messer Strickler, LTD
    12276 San Jose Blvd.
    Suite 718
    Jacksonville, FL 32223
    (904) 527 1172
    Fax: (904) 683-7353
    Email: jmarees@messerstrickler.com

    *Counsel for Defendant TrueAccord Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*/s/* Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

*COUNSEL FOR PLAINTIFF*