UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60399-WPD

**MORGAN RYDER,**

    **Plaintiff,**

v.

**TRUEACCORD CORP.,**

    **Defendant.**

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRUEACCORD CORP.

Plaintiff Morgan Ryder and Defendant TrueAccord Corp., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *without* Prejudice of Defendant TrueAccord in the above-styled action. Plaintiff and Defendant TrueAccord shall each bear their own attorneys' fees and costs.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

DATED: February 5, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

/s/ John Michael Marees, II
**John Michael Marees , II**
Messer Strickler, LTD.
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
Fax: (904) 683-7353
Email: jmarees@messerstrickler.com

*Counsel for Defendant TrueAccord*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677

PAGE | **2** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com