UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60399-DIMITROULEAS/HUNT

MORGAN RYDER,

    Plaintiff,

v.

TRUEACCORD CORP,,

    Defendant.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court upon the parties' Joint Stipulation Voluntary of Dismissal Without Prejudice as to Defendant TrueAccord Corp. [DE 20], filed February 5, 2025. The Court has carefully considered the Stipulation, notes signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 20] is **APPROVED**;

2. The action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorney's fees.

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of February, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All Counsel of Record